HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FRANCISCO JUAREZ-REYES, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00190 EPG-1 |
| Plaintiff, | **DEFENDANT'S MOTION TO EXONERATE CASH BOND; [PROPOSED] ORDER** |
| vs. | |
| FRANCISCO JUAREZ-REYES, JR., | Judge: Hon. Erica P. Grosjean |
| Defendant. | |

On October 25, 2017, Mr. Juarez-Reyes, Jr. appeared in this matter before United States Magistrate Judge Erica Grosjean and was ordered released under supervision of Pretrial Services and ordered to post a cash bond with the Clerk's Office in the amount of $500.00. It was further ordered that the cash bond would be replaced by a $30,000.00 property bond. A cash bond was posted (receipt #CAE100037164) on behalf of Francisco Juarez-Reyes, Jr., on October 27, 2017. A property bond of $30,000.00 was filed and approved by the Court on December 5, 2017.

As the conditions of pretrial release were satisfied with regard to the cash bond, Defendant Juarez-Reyes, Jr., requests that the court exonerate the $500.00 cash bond set by this court, which was superseded with the $30,000.00 property bond.

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 18, 2017

/s/ Andrew Wong
ANDREW WONG
Assistant Federal Defender
Attorney for Francisco Juarez-Reyes, Jr.

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the Court exonerate the cash bond (receipt #CAE100037164 posted on October 27, 2017) in the above-captioned case and return to the party listed on the case docket under Statement of Ownership of Cash Bond.

DATED: 12/19/17

BARBARA A. McAULIFFE
U.S. Magistrate Judge
For ERICA P. GROSJEAN
United States Magistrate Judge