HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561 / Fax: 559-487-5950

Attorneys for Francisco Juarez-Reyes

FILED

JAN 23 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ EN _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00190 EPG |
|---|---|
| Plaintiff, | APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF PROPERTY, (PROPOSED) ORDER THEREON |
| vs. | |
| FRANCISCO JUAREZ-REYES, | |
| Defendant. | |

Defendant Francisco Juarez-Reyes hereby moves this court under Fed. R. Crim. P. 46(g) for exoneration of the property bond and full reconveyance of the Deed of Trust currently on file with the Fresno County Recorder as Deed # 2017-0146448 and original straight note.

On October 25, 2017, Defendant Francisco Juarez-Reyes appeared on this matter before United States Magistrate Judge Erica Grosjean on an out of district warrant, and was ordered released from custody under the supervision of Pretrial Services on terms and conditions including a $30,000 property bond. The secured bond was posted by Francisco Juarez and Gloria Juarez as follows:

| 12/07/2017 | COPY OF DEED OF TRUST # 2017-0146448 and ORIGINAL STRAIGHT NOTE received, posted by Francisco Juarez and Gloria Juarez as to Francisco Juarez-Reyes, Jr. (Martin-Gill, S) (Entered: 12/11/2017) |
|---|---|

On September 17, 2019, Defendant was sentenced to a term of Five Years imprisonment by United States District Court, District of Oregon, Judge Robert E. Jones.

| 09/18/2017 | **Judgment & Commitment** as to Francisco Juarez-Reyes, Jr. (1), Count(s) 1, 2, 3, 4-5, DISMISSED; Count(s) 1s, SENTENCING DATE: 9/17/19; IMPRISONMENT: Five Years. Defendant is to surrender for service of sentence on October 28, 2019, no later than 2:00PM; SUPERVISED RELEASE: Five (5) years; SPECIAL ASSESSMENT: $100.00 (USM #76969-097) Signed on 9/17/19 by Judge Robert E. Jones. *(Three certified copies forwarded to U.S. Marshal on 9/17/19.)* (schm) (Entered: 09/17/2019) |
|---|---|

On October 28, 2019, Defendant surrendered to the Bureau of Prisons for service of his sentence. *See* Exh. A. Since no conditions of the bond remain to be satisfied, Defendant requests that the court exonerate the bond reconvey the subject property to Francisco Juarez and Gloria Juarez pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Dated: January 23, 2020

                    Respectfully submitted,

                    HEATHER E. WILLIAMS
                    Federal Defender

                    /s/Charles J. Lee
                    CHARLES J. LEE
                    Attorney for Francisco Juarez-Reyes

### ORDER

The Court finds that Francisco Juarez-Reyes has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the property bond in the above-captioned case secured by the $30,000 Deed of Trust currently on file with the Fresno County Recorder (#2017-0146448) and original straight note in the above-captioned case and reconvey the real property to Francisco Juarez and Gloria Juarez.

IT IS SO ORDERED.

DATED: January 23, 2020

                    BARBARA A. McAULIFFE
                    United States Magistrate Court Judge